NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**STACHIE CAMPBELL,**

*Petitioner*

**v.**

**UNITED STATES POSTAL SERVICE,**

*Respondent*

---

2023-1860

---

Petition for review of the Merit Systems Protection Board in No. CH-0752-16-0336-I-1.

---

**JUDGMENT**

---

DONALD GALLICK, I, Law Office of Donald Gallick, LLC, Akron, OH, argued for petitioner.

STEPHANIE FLEMING, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by REGINALD THOMAS BLADES, JR., BRIAN M. BOYNTON, PATRICIA M. MCCARTHY.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, HUGHES and CUNNINGHAM, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 7, 2025
Date

Jarrett B. Perlow
Clerk of Court